# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TANEISHA SIMMONS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>INSURANCE SUPERMARKET, INC.,<br><br>Defendant. | Case No. 2:23-CV-11647-SFC-CI<br><br>**JOINT STIPULATION AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

Pursuant to 28 U.S.C. § 1404, Plaintiff Taneisha Simmons ("Plaintiff") and Defendant Insurance Supermarket, Inc. ("Insurance Supermarket" or "Defendant") (together, the "Parties"), through their respective counsel, hereby submit this Joint Stipulation and [Proposed] Order to Transfer Venue to the United States District Court for the Northern District of California where the case of *McCaulou-Bernatz and Jensen v. Insurance Supermarket, Inc.,* Case No. 3:23-cv-00005-LB (N.D. Ca.)

is pending. Plaintiff and Insurance Supermarket, through their respective attorneys of record, agree to and stipulate as follows:

1. In July of 2023, Plaintiff filed the Complaint in this action, ECF No. 1.

2. Insurance Supermarket responded to Plaintiff's Complaint on by filing a motion to dismiss, transfer or stay, stating that the Plaintiff is a member of a putative class in an earlier filed case. ECF No. 4.

3. Following the filing of the motion, the Parties met and conferred regarding transfer of venue to the Northern District of California. Given Defendant's arguments in its motion and to conserve the resources of this Court, the Parties agree that this transfer is appropriate.

4. In light of this agreement, the Parties request that all pending deadlines be vacated.

5. The Parties agree that neither party is prejudiced by the agreements set forth herein and that no response is due to the pending motion to dismiss.

THEREFORE, the Parties hereby stipulate and agree, subject to approval by this Court, to transfer this case to the Northern District of California

IT IS SO STIPULATED.
IT IS SO ORDERED

Dated: August 22, 2023

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Dated: August 14, 2023  *s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com


/s/ Amanda A. Simpson
Jackson Lewis P.C.
390 N. Orange Avenue
Suite 1285
Orlando, FL 32801
(407) 246-8408
Amanda.Simpson@jacksonlewis.com